UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 19-1553 DSF (RAO)<br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order Summarily Dismissing Habeas Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: March 11, 2019

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE